UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ZACHARY HARRA & MARGARITA HARRA

                Plaintiffs,  :  NOTICE OF APPEARANCE

        - against -  :  07 Civ. 4678 (LAK)

MICHAEL CHERTOFF, et al.

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     PLEASE TAKE NOTICE, that Michael J. Garcia, United States Attorney for the Southern District of New York, hereby appears as counsel for defendant Michael Chertoff, Secretary, Department of Homeland Security, in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated: New York, New York
       June 26, 2007

                                        MICHAEL J. GARCIA
                                      United States Attorney

                        By:    /s/
                              KRISTIN L. VASSALLO (KV-0918)
                              Assistant United States Attorney
                              86 Chambers Street, 3rd Floor
                              New York, New York 10007
                              Tel.: (212) 637-2822
                              Fax : (212) 637-2730