KAPLAN, S,

08/08/2007 10:01  2129220896  US ATTORNEY'S OFFICE  SEGAL LAX  PAGE 01/02
212 P.02

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KRISTIN L. VASSALLO
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. No.: (212) 637-2822

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ZACHARY HARRA and MARGARITA
HARRA,

           Plaintiffs,

    v.

MICHAEL CHERTOFF, et al.,

           Defendants.
---------------------------------------------------------------x

07 Civ. 4678 (LAK)

**STIPULATION AND ORDER OF DISMISSAL**

    IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
       August 8, 2007

SEGAL & LAX
Attorneys for Plaintiffs

By: _____
PATRICK GATTI, ESQ.
501 Fifth Avenue, Suite 2004
New York, New York 10017
Tel. No.: (212) 922-0891

2129220896   98%   P.01
AUG-08-2007  14:59

08/08/2007 10:01  2129220896  US ATTORNEY'S OFFICE  SEGAL LAX  212  PAGE 02/02  P.03

Dated: New York, New York
August 8, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: /s/
KRISTIN L. VASSALLO
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. No.: (212) 637-2822

SO ORDERED: 8/21/07

/s/

THE HONORABLE ~~LEWIS A. KAPLAN~~
UNITED STATES DISTRICT JUDGE

LAURA TAYLOR SWAIN U.S.D.J.
PART I